IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| DAVID W. SHORTT, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-00029 |
| | ) | |
| CONSOLIDATION COAL COMPANY, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(2), the Plaintiffs to this action hereby move for voluntary dismissal of this action without prejudice.  In support thereof, Plaintiffs state the following:

1. The parties to this action initially consented to a stay of all proceedings in this case pending the outcome of the consolidated appeal that was before the Fourth Circuit Court of Appeals in the *Blankenship* (Case No. 15-2480(L)) and *Graham* (Case No. 15-2482) cases.

2. The *Blankenship* and *Graham* consolidated appeal was argued on December 8, 2016.

3. On March 9, 2017, the Fourth Circuit published a unanimous opinion affirming US District Court Judge James P. Jones' (WDVA, Abingdon Division) ruling granting summary judgment based on the statutes of limitations in both cases.

4. A Proposed Order addressing the same is attached to this Motion.

WHEREFORE, Plaintiffs David W. Shortt, et al., by their undersigned counsel, respectfully request this Court grant this Motion for Voluntary Dismissal Without Prejudice, and enter the corresponding Proposed Order that is attached.

1

April 10, 2017

Respectfully submitted,

DAVID W. SHORTT, MARY RUTH SPENCER,
MARY VIRGINIA SHORTT, MELISSA VENABLE
POYNTER, JOHN POLLARD SHORTT, II, CHLOW
RANDOLPH VENABLE SINISI

By: _____
Timothy W. McAfee (VSB: #21779)
Timothy W. McAfee, PLLC
The McAfee Law Firm
Attorney for Plaintiffs
408 Wood Avenue
P.O. Box 610
Big Stone Gap, VA 24219
Telephone: (276) 523-5300
Fax: (540) 301-5777
E-Mail: tmcafee@timothymcafee.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jonathan T. Blank (VSB No. 38487)
Larissa LPC Sneathern (VSB No. 44430)
McGuire Woods LLP
P.O. Box 1288
Charlottesville, VA  22902-1288
(434) 977-2509 – Telephone
(434) 980-2258 – Facsimile
*jblank@mcguirewoods.com*
*lsneathern@mcguirewoods.com*


David Grant Altizer (VSB No. 14556)
Mandy Varney French (VSB No. 68744)
ALTIZER, WALK & WHITE PLLC
209 East Main Street
Tazewell, Virginia 24651
(276) 988-7979 – Telephone
(276) 988-6707 – Facsimile
*dga@awwlaw.com*
*mvf@awwlaw.com*


/s/ Tim McAfee

3