**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

DAVID W. SHORTT, et al.              )
                                     )
        Plaintiffs,              )
                                     )
v.                                   )    Case No. 1:15-cv-00029
                                     )
CONSOLIDATION COAL COMPANY,          )
et al.                               )
                                     )
        Defendants.              )

## CONSENT ORDER

For the reasons set forth in Plaintiffs' Motion for Voluntary Dismissal, Defendants

Consolidation Coal Company and Island Creek Coal Company (collectively, "Defendants")

hereby consent to, and the Court hereby GRANTS said Motion for Voluntary Dismissal pursuant

to Fed. R. Civ. P. 41(a)(2).

Accordingly, it is ORDERED pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure that this case is voluntarily dismissed by Plaintiffs without prejudice.

**SO ENTERED** this _____ day of _____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE